From reviewing the pleadings in Woodall's counterclaim, including the amendment to the counterclaim, and the trial judge's summary judgment order, I conclude that the issue of misrepresentation occurring before the sale of the commercial policy was not before the trial court. In an attempt to show that he had such a misrepresentation claim before the trial court, Woodall, in his reply brief, directs this Court to his amendment to the counterclaim (C.R. 88-90). Having read and studied that amendment, I conclude that the claim based on misrepresentation before the sale of the commercial policy is not covered by the amendment and that it was not presented to or ruled on by the trial court. This Court cannot hold a trial court in error for failure to rule on a matter not presented to or decided by it. West Town Plaza Associates, Ltd. v. Wal-MartStores, Inc., 619 So.2d 1290 (Ala. 1993); Carter v. TreadwayTrucking, Inc., 611 So.2d 1034 (Ala. 1992).
Otherwise, I concur.